Certificate Number: 02645-FLM-CC-025042914



02645-FLM-CC-025042914

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 19, 2015, at 11:22 o'clock AM EST, Angela G Bradley received from 123 Credit Counselors, Inc, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  February 19, 2015          By:    /s/Mileidy Cruz for Cary Hernandez

                                  Name:  Cary Hernandez

                                  Title: Certified Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).