UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE: )
)
ANGELA GAIL BRADLEY, ) CASE NO. 15-
) CHAPTER 13
_____Debtor_____)

STATE OF FLORIDA )
:
COUNTY OF DUVAL )

## STATEMENT OF DEBTOR

I, ANGELA GAIL BRADLEY, hereby declare the following:

1. I do not have an interest in an education IRA as defined in 26 USC Section 530(b)(1) or under a qualified State tuition plan as defined in 26 USC Section 529(b)(1).

2. I have not received payment advices from an employer in the last two months.

3. I have not filed the last four years of federal income tax returns. All returns with the exception of 2010 and 2014 have been filed.

FURTHER AFFIANT SAYETH NOT.

_____
ANGELA GAIL BRADLEY

Before me personally appeared ANGELA GAIL BRADLEY, known to me to be the person described in and who executed the foregoing instrument, and acknowledged to and before me that he/she executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal this 19th day of February, 2015.

_____
Notary Public, State of Florida at Large

My Commission expires:



Notary Public State of Florida
Kathy M Kleist
My Commission EE077607
Expires 05/22/2015